UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        26-MJ-6038 (JTQ)

                                :

        v.                      :

                                :

ANTHONY DEMEDEIROS              :        **DETENTION ORDER**

This matter having been opened to the Court on motion of the United States, by Robert Frazer, United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) for an order pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and Title 18, United States Code, Section 3143(a)(1) to detain defendant Anthony Demedeiros in the above-entitled matter; and defendant Anthony Demedeiros (through counsel, Adam Axel, Assistant Federal Public Defender, appearing), having opposed detention; and for good cause shown:

IT IS, therefore, on June 12, 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a)(1), that defendant Anthony Demedeiros be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Anthony Demedeiros be afforded reasonable opportunity for

1

private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Anthony Demedeiros shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____

HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

2